UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANGELICA ELVIRA BUSTINZA,

        Defendant.

Case: 1:20-cr-20617
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 12-28-2020 At 12:04 PM
INF USA V. BUSTINZA (AT)

# I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

(18 U.S.C. §§ 113(a)(4))
(Assault While Striking/Beating/Wounding)

On or about December 27, 2020, in the Northern Division of the Eastern District of Michigan, within Indian country, as defined in 18 U.S.C. § 1151, that is, the Isabella Reservation, Angelica Elvira Bustinza, a non-Indian, did assault L.M., her intimate partner, by striking and beating and wounding him, in violation of 18 U.S.C. § 113(a)(4).

Dated: December 28, 2020

MATTHEW SCHNEIDER
United States Attorney

ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices



ROY R. KRANZ    (P56903)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Roy.Kranz@usdoj.gov

## AFFIDAVIT IN SUPPORT OF INFORMATION AND ARREST WARRANT
## FOR ANGELICA ELVIRA BUSTINZA

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 12 years. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Angelica Elvira Bustinza committed the offenses of Assault by Striking/Beating/Wounding on or about December 27, 2020, in violation of 18 U.S.C. §§ 13, 1151, 1152, and 113(a)(4) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. On or about December 27, 2020, Angelica Bustinza assaulted his intimate partner, L.M., on the Isabella Reservation in Indian country. During that assault, according to an independent eye-witness, Bustinza struck L.M. in the face multiple times with her hands.

1

4. Officer Burden from the Saginaw Chippewa Tribal Police observed L.M. to have fresh scratches on her face and a bloody nose.

5. Affiant is aware that L.M. is an Indian and Bustinza is a non-Indian.

6. Based on the above-described information, there is probable cause to believe that on or about December 27, 2020, Angelica Bustinza committed an assault by striking/beating/wounding, in violation of 18 U.S.C. § 113(a)(4).

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
HON. PATRICIA T. MORRIS
United States Magistrate Judge